NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIPS NORTH AMERICA, LLC, KONINKLIJKE PHILIPS N.V.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**FITBIT LLC, INGRAM MICRO INC., MAINTEK COMPUTER (SUZHOU) CO., LTD., INVENTEC APPLIANCES (PUDONG) CORP., GARMIN INTERNATIONAL, INC., GARMIN USA, INC., GARMIN LTD.,**
*Intervenors*

---

2021-2064

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1190.

---

**JUDGMENT**

---

ELEY THOMPSON, Foley & Lardner LLP, Chicago, IL, argued for appellants. Also represented by DAVID B. GOROFF, RICHARD SPENCER MONTEI; DAVID A. HICKERSON, LIANE M. PETERSON, Washington, DC; REBECCA JAN PIROZZOLO-MELLOWES, Milwaukee, WI; LUCAS I. SILVA, Boston, MA.

SIDNEY A. ROSENZWEIG, Office of General Counsel,

United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, CLINT A. GERDINE, WAYNE W. HERRINGTON.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH, argued for all intervenors. Intervenor Fitbit LLC also represented by TARA LAUREN KURTIS, Chicago, IL; ANDREW DUFRESNE, Madison, WI; NATHAN K. KELLEY, Washington, DC. Intervenors Fitbit LLC, Ingram Micro Inc., Maintek Computer (Suzhou) Co., Ltd., Inventec Appliances (Pudong) Corp. also represented by WAYNE M. BARSKY, RAYMOND ANGELO LaMAGNA, JENNIFER RHO, Gibson, Dunn & Crutcher LLP, Los Angeles, CA; YU-CHIEH ERNEST HSIN, San Francisco, CA; JOSH KREVITT, New York, NY; STUART ROSENBERG, Palo Alto, CA.

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, for intervenors Garmin International, Inc., Garmin USA, Inc., Garmin Ltd. Also represented by JOSEPH FERNANDO, STEPHEN LAREAU, MATTHEW S. STEVENS, KARLEE N. WROBLEWSKI.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>August 5, 2022</u>            <u>/s/ Peter R. Marksteiner</u>
Date                    Peter R. Marksteiner
                        Clerk of Court